BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2775

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONIE R. ROBERTSON,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. 2:14-CV-02888-TLN-CMK<br><br>[proposed] ORDER GRANTING UNITED STATES OF AMERICA'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

For good cause shown, the United States of America's *ex parte* application for extension of time to respond to plaintiff's complaint is hereby APPROVED. The United States' deadline is extended to January 16, 2015.

IT IS SO ORDERED.

Dated: December 17, 2014

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1