**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

CONIE R. ROBERTSON,                                    No. 2:14-cv-2888-TLN-CMK

        Plaintiff,

    vs.                                                             ORDER

RYAN S. HARVEY, et al.,

        Defendants.

_____/

        Plaintiffs, proceeding pro se, bring this civil action. Pending before the court is defendants' motion to dismiss (Doc. 7).  No opposition to the pending motion has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for March 4, 2015, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter submitted on the record and briefs without oral argument.

        IT IS SO ORDERED.


 DATED:  February 26, 2015

                                              _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE

1