1
2
3
4
5
6
7
8           **IN THE UNITED STATES DISTRICT COURT**
9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10
11 CONIE R. ROBERTSON,             No. 2:14-cv-2888-TLN-CMK
12        Plaintiff,
13      vs.              <u>ORDER</u>
14 RYAN S. HARVEY, et al.,
15        Defendants.
16 _____/
17        Plaintiff, proceeding pro se, bring this civil action.  This matter is set for an initial
18 scheduling conference on April 22, 2015, before the undersigned in Redding, California.  Also
19 pending before the court is defendants' motion to dismiss, which has been submitted.  The court
20 finds it appropriate to vacate the scheduling conference until the pending motion to dismiss has
21 been resolved.  Once the motion has been resolved, the court will reset a scheduling conference
22 in this matter if appropriate.
23 / / /
24 / / /
25 / / /
26

1

Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for April 22, 2015, is vacated, to be reset following final resolution of the pending motion to dismiss, if appropriate.


DATED:  April 6, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2